IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAILE KALEIONALANI SCOTT, aka MAILE K. WIBER,<br><br>Plaintiff,<br><br>vs.<br><br>MARK DRESCHLER and PREMIER TRUST, INC.,<br><br>Defendants. | CV 15-68-M-JCL<br><br>ORDER |

Defendants have filed an unopposed Motion to Vacate Remaining Schedule and Trial Date. Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The following schedule will govern all further proceedings:

| | |
|---|---|
| Attorney conference to prepare Final Pretrial Order: | week of December 19, 2016 |
| E-file Final Pretrial Order, Proposed Findings of Fact & Conclusions of Law, and trial briefs and e-mail to jcl_propord@mtd.uscourts.gov (trial briefs are optional): | January 2, 2017 |

1

| | |
|---|---|
| Notice to court reporter of intent to use real-time: | January 2, 2017 |
| Notice to I.T. supervisor of intent to use CD-ROM or video-conferencing: | January 2, 2017 |
| Final pretrial conference: | January 9, 2017 at 9:00 a.m.<br>Russell Smith Courthouse<br>Missoula, Montana |
| Bench trial: | January 9, 2017, immediately following Final Pretrial Conference<br>Russell Smith Courthouse<br>Missoula, Montana |

The parties are advised that no further continuances will be granted.

DATED this 21st day of September, 2016.

*/s/ Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge